JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH,<br><br>    Plaintiff,<br><br>v.<br><br>RUDY'S FOOTHILL RANCH, LLC dba RUDY'S PUB & GRILL; BUSINESS BUYERS, INC.,<br><br>    Defendants.<br>_____ / | Case No. 2:12-cv-04154-MWF-E<br><br>ORDER FOR DISMISSAL |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendant Business Buyer's, Inc.,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety. Each side shall bear its own costs and attorneys' fees.

Dated: January 22, 2013

                                               _____
                                               United States District Judge