JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. 2:12-cv-04154-MWF-E |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| RUDY'S FOOTHILL RANCH, LLC dba RUDY'S PUB & GRILL; BUSINESS BUYERS, INC., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendant Business Buyer's, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.  Each side shall bear its own costs and attorneys' fees.

Dated: January 22, 2013

_____
United States District Judge

Order re: Joint Stipulation for Dismissal

- 1 -

*Rush v. Rudy's Foothill Ranch, LLC, et al.*
Case No. 2:12-cv-04154-MWF-E